Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. _10 - CR-150 (CKK)_
)
Tyrone F. Hines )

**FILED**

APR 1 1 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## NOTICE OF APPEAL

Name and address of appellant: Tyrone Fitzgerald Hines
2116 Trafalgar Drive, Ft. Washington,
Maryland 20009

Name and address of appellant's attorney:

James W. Rudasill, Jr
717 D ST N.W Ste 310
Washington, D.C. 20004

Offense: Bank Robbery · Ct 1 - 18 U.S.C. § 2113(a)
Attempted Bank Robbery - 18 U.S.C. § 2113(a) - Ct 2-3.

Concise statement of judgment or order, giving date, and any sentence:

132 months incarceration on each count, to be served concurrently, 36 months supervised release; $5000.00 restitution; interest waived.

Name and institution where now confined, if not on bail:
Northern Neck Regional Jail, Warsaw, Virginia.

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

April 11, 2011
DATE

Tyrone F. Hines
APPELLANT

ATTORNEY FOR APPELLANT

|  |  |
|---|---|
| GOVT. APPEAL, NO FEE | ☐ |
| CJA, NO FEE | ☒ |
| PAID USDC FEE | ☐ |
| PAID USCA FEE | ☐ |

| | YES | NO |
|---|---|---|
| Does counsel wish to appear on appeal? | ☐ | ☒ |
| Has counsel ordered transcripts? | ☐ | ☒ |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | ☒ | ☐ |

# United States Court of Appeals
### District of Columbia Circuit

## CRIMINAL DOCKETING STATEMENT
(To be completed by appellant)

1. Appellate Case Number: _____   1a. Criminal Action Number: _10-cr 150 CKK_
2. Case Name: _U.S. vs. Tyrone Hines_
3. Appellant's Name: _Tyrone Hines_
   3a. Appellant's Defendant No: _1_   3b. Appellant's Fed. Reg/PDID No. _31168-007_
4. Date of Conviction: _Oct 29, 2010_   4a. Date of Sentence: _March 29 2011_
5. Name of District Court Judge: _Colleen Kollar-Kotelly_
6. Date Notice of Appeal Filed: _April 11, 2011_
7. Offense(s) of conviction: _Bank Robbery 1-Ct Attempted_
   _Bank Robbery cts. 2-3 - 18 U.S.C. 2113(a)_
8. Did appellant plead guilty?  ☐ Yes  ☒ No
9. What sentence was imposed? _132 months concurrent on each count_
10. How much of the sentence has appellant served? _12 months_
11. Is appellant challenging the conviction?  ☒ Yes  ☐ No
12. Is appellant challenging the sentence?  ☒ Yes  ☐ No
13. Has appellant filed a post-conviction motion?  ☐ Yes  ☒ No
    If yes, what motion, date filed, and disposition: _____
14. Is appellant incarcerated?  ☐ Yes  ☐ No
    If yes, where: _Northern Neck Regional Jail, Warsaw, VA_
    If no, address and phone number: _____
15. Has appellant moved for release pending appeal in District Court?  ☐ Yes  ☒ No
    If yes, date filed and disposition: _____
    If no, does defendant intend to file such a motion in the District Court?  ☐ Yes  ☒ No
16. Will appellant file a motion for release pending appeal in court of appeals?  ☐ Yes  ☒ No
17. Did appellant have court-appointed counsel in District Court?  ☒ Yes  ☐ No
18. Does counsel appointed in District Court wish to continue on appeal?  ☐ Yes  ☒ No
19. Did defendant have retained counsel in district court?  ☐ Yes  ☒ No
    If yes, will case proceed on appeal with retained counsel?  ☐ Yes  ☐ No
    If no, will appellant seek appointment of counsel on appeal?  ☒ Yes  ☐ No
    If no, has a motion to proceed in forma pauperis been filed?  ☐ Yes  ☐ No
20. Has counsel ordered transcripts?  ☐ Yes  ☒ No
21. If yes, from what proceedings: _____
22. If yes, when will transcripts be completed? _____
23. Did counsel seek expedited preparation of sentencing transcripts?  ☐ Yes  ☒ No

Signature _James W. [signature]_   Date _4-11-11_
Name of Party (Print) _Defendant - Tyrone F. Hines_
Name of Counsel (Print) _James W. Rudasill, Jr. #318115_
Firm Address _717 D ST. N.W. Ste 310 - WDC 20004_
Phone _202-783-7908_   Fax No. _202-628-2881_

**Note:** In all appeals of sentences of 8 months or less trial counsel is required to prosecute the appeal of the sentence. If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. An original and one copy of such letter should be submitted. Attach a certificate of service to this form.

[USCADC Form __ (Rev. Jul 2007)]