APPEAL, CAT B

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: 1:10−cr−00150−CKK−1
### *Internal Use Only*

Case title: USA v. HINES

Magistrate judge case number:  1:10−mj−00112−JMF

Date Filed: 06/03/2010

Assigned to: Judge Colleen
Kollar−Kotelly

**Defendant (1)**

| | | |
|---|---|---|
| **TYRONE HINES** | represented by | **James W. Rudasill , Jr.** |

717 D Street, NW
Suite 310
Washington, DC 20004
(202) 783−7908
Fax: (202 628−2881
Email: rudasilljr7@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Rudolph Acree**
1211 Connecticut Avenue, NW
Suite 506
Washington, DC 20036
(202) 331−1961
Fax: (202) 331−7004
Email: racree30@aol.com
*TERMINATED: 08/31/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle M. Peterson**
FEDERAL PUBLIC DEFENDER FOR D.C.
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004−2923
(202) 208−7500
Fax: (202) 208−7515
Email: shelli_peterson@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community
Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:2113(a); BANK ROBBERY BY FORCE OR VIOLENCE; Bank Robbery.<br>(1) | VERDICT OF GUILTY RENDERED. Defendant sentenced to Hundred−thirty−two (132) Months Incarceration to run concurrent with Counts 2 and 3 followed by Three (3) Years of Supervised Release with conditions. Special Assessment of $100 imposed. |
| 18:2113(a); BANK ROBBERY BY FORCE OR VIOLENCE; Attempted Bank Robbery.<br>(2) | Defendant sentenced to Hundred thirty−two (132) Months Incarceration to run concurrent with Counts 1 and 3 followed by Three (3) Years of Supervised Release with conditions. Special Assessment of $100 imposed. |
| 18:2113(a); BANK ROBBERY BY FORCE OR VIOLENCE; Attempted Bank Robbery.<br>(3) | Defendant sentenced to Hundred thirty−two (132) Months Incarceration to run concurrent with Counts 1 and 2 followed by Three (3) Years of Supervised Release with conditions. Special Assessment of $100 imposed. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| COMPLAINT in Violation of 18:2113(a) | |

---

**Plaintiff**

| **USA** | represented by | **Catherine K. Connelly** |
|---|---|---|
| | | U.S. ATTORNEY'S OFFICE |
| | | Narcotics Section |
| | | 555 Fourth Street, NW |
| | | Suite 4844 |
| | | Washington, DC 20001 |
| | | (202) 252−7934 |
| | | Fax: (202) 353−9414 |
| | | Email: catherine.connelly2@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Matthew Michael Graves**
UNITED STATES ATTORNEY'S OFFICE
Federal Major Crimes Section
555 4th Street, NW
Washington, DC 20530
(202) 252−7946
Email: matthew.graves@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shana LaVerne Fulton**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 307−6675
Email: shana.fulton@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/08/2010 | | | Arrest of TYRONE HINES. (ad, ) [1:10−mj−00112−JMF] (Entered: 03/09/2010) |
| 03/09/2010 | 1 | | COMPLAINT as to TYRONE HINES. (Attachments: # 1 Statement of Facts) (ad, ) [1:10−mj−00112−JMF] (Entered: 03/09/2010) |
| 03/09/2010 | | | Minute Entry for proceedings held before Magistrate Judge John M. Facciola: Status Conference as to TYRONE HINES held on 3/9/2010. Defendant not present. Request for commitment and come up for defendant to be presented on 03/10/10 by the Government as to Tyrone Hines heard and accepted by the Court. Initial Appearance set for 3/10/2010 01:45 PM in Courtroom 6 before Magistrate Judge John M. Facciola. Bond Status of Defendant: Defendant not present; Court Reporter: Bowles Reporting Services: Defense Attorney: Tony Miles − Standing in only; US Attorney: Angela George; Pretrial Officer: Patty Sucato; (ldc, ) [1:10−mj−00112−JMF] (Entered: 03/09/2010) |
| 03/10/2010 | | | ORAL MOTION for Temporary Detention by USA as to TYRONE HINES. (ldc, ) [1:10−mj−00112−JMF] (Entered: 03/10/2010) |
| 03/10/2010 | | | ORAL MOTION to Appoint Counsel by TYRONE HINES. (ldc, ) [1:10−mj−00112−JMF] (Entered: 03/10/2010) |
| 03/10/2010 | | | Minute Entry for proceedings held before Magistrate Judge John M. Facciola: Initial Appearance as to TYRONE HINES held on 3/10/2010. Oral Motion to Appoint Counsel by Tyrone Hines heard and granted. Oral Motion for Temporary Detention (3/10 day Hold) as to Tyrone Hines heard and granted. Preliminary/Detention Hearing set for 3/19/2010 09:30 AM in Courtroom 6 before Magistrate Judge John M. Facciola. Bond Status of Defendant: Defendant held without bond; Defendant committed/commitment issued; Court Reporter: Bowles Reporting Services: Defense Attorney: Michelle Peterson; US Attorney: Angela George; Pretrial Officer: Tammy Everett; (ldc, ) [1:10−mj−00112−JMF] (Entered: 03/10/2010) |
| 03/15/2010 | 2 | | |

| | | |
|---|---|---|
| | | NOTICE OF ATTORNEY APPEARANCE: Michelle M. Peterson appearing for TYRONE HINES (Peterson, Michelle) [1:10−mj−00112−JMF] (Entered: 03/15/2010) |
| 03/19/2010 | | ORAL MOTION to Dismiss Case by TYRONE HINES. (ldc, ) [1:10−mj−00112−JMF] (Entered: 03/19/2010) |
| 03/19/2010 | | ORAL MOTION to Commit Defendant to Custody of Attorney General by USA as to TYRONE HINES. (ldc, ) [1:10−mj−00112−JMF] (Entered: 03/19/2010) |
| 03/19/2010 | | ORAL MOTION for Release from Custody by TYRONE HINES. (ldc, ) [1:10−mj−00112−JMF] (Entered: 03/19/2010) |
| 03/19/2010 | | Minute Entry for proceedings held before Magistrate Judge John M. Facciola: Preliminary/Detention Hearing as to TYRONE HINES held on 3/19/2010. The Government's witness was late appearing. Oral Motion to Dismiss Case by TYRONE HINES (1) heard and denied. Oral Motion by USA to Commit Defendant to Custody of Attorney General as to TYRONE HINES (1) heard and granted. Oral Motion for Release from Custody by TYRONE HINES (1) heard and denied. Defendant TYRONE HINES Held for the Grand Jury − Probable Cause Shown. Bond Status of Defendant: Defendant committed/commitment issued; Court Reporter: Bowles Reporting Services: Defense Attorney: Michelle Peterson; US Attorney: Angela George; Witnesses: Detective Stacey Carey, Detective Elmer Baylor (ldc, ) [1:10−mj−00112−JMF] (Entered: 03/19/2010) |
| 03/24/2010 | 3 | DETENTION MEMORANDUM as to TYRONE HINES Signed by Magistrate Judge John M. Facciola on 03/24/10. (ldc, ) [1:10−mj−00112−JMF] (Entered: 03/24/2010) |
| 04/06/2010 | 4 | Joint MOTION to Exclude *Time Under The Speedy Trial Act* by USA as to TYRONE HINES. (Attachments: #1 Text of Proposed Order)(Fulton, Shana) [1:10−mj−00112−JMF] (Entered: 04/06/2010) |
| 04/06/2010 | 5 | NOTICE OF ATTORNEY APPEARANCE Shana LaVerne Fulton appearing for USA. (Fulton, Shana) [1:10−mj−00112−JMF] (Entered: 04/06/2010) |
| 04/06/2010 | 6 | ORDER granting 4 Motion to Exclude Time from 4/6/10−5/6/10 as to TYRONE HINES (1). Signed by Magistrate Judge Deborah A. Robinson on 4/6/10. (lm) [1:10−mj−00112−JMF] (Entered: 04/06/2010) |
| 04/30/2010 | 7 | Joint MOTION for Speedy Trial by USA as to TYRONE HINES. (Attachments: #1 Text of Proposed Order)(Fulton, Shana) [1:10−mj−00112−JMF] (Entered: 04/30/2010) |
| 05/04/2010 | 8 | MINUTE ORDER granting 7 Motion for Speedy Trial as to TYRONE HINES (1). Signed by Magistrate Judge John M. Facciola on 5/4/2010. (Facciola, John) [1:10−mj−00112−JMF] (Entered: 05/04/2010) |
| 06/03/2010 | 9 | INDICTMENT as to TYRONE HINES (1) count(s) 1, 2−3. (hsj, ) (Entered: 06/04/2010) |
| 06/04/2010 | | NOTICE OF HEARING as to TYRONE HINES: Arraignment set for 6/16/2010 09:30 AM in Courtroom 28A before Judge Colleen Kollar−Kotelly. (dot, ) (Entered: 06/04/2010) |
| 06/11/2010 | 10 | |

| | | | |
|---|---|---|---|
| | | | NOTICE OF ATTORNEY APPEARANCE Matthew Michael Graves appearing for USA. (Attachments: # 1 Certificate of Service)(Graves, Matthew) (Entered: 06/11/2010) |
| 06/15/2010 | 12 | | LETTER filed by TYRONE HINES dated 5/14/2010 regarding defendant being indicted. "Let this be filed by Judge Colleen Kollar−Kotelly." (hsj, ) (Entered: 06/21/2010) |
| 06/16/2010 | 11 | | ORDER as to TYRONE HINES (1): The Court directs the Probation Office to prepare the criminal history calculation of the Advisory Sentencing Guidelines, specifically the applicability of the career offender provision, for inclusion in a Pre−Sentence Report to be provided to the Court by 7/16/2010. The defendant contests the convictions listed in the Pretrial Services report. Once the criminal history calculation for a Pre−Sentence Report is completed, it is to be shared with Government's counsel and counsel for Defendant. Signed by Judge Colleen Kollar−Kotelly on 6/16/10. (dot, ) (Entered: 06/16/2010) |
| 06/16/2010 | | | Minute Entry for proceedings held before Judge Colleen Kollar−Kotelly: Arraignment as to TYRONE HINES (1) Count 1,2−3 held on 6/16/2010. Plea entered as to TYRONE HINES, Not Guilty on counts 1, 2−3. Oral motion by defendant for appointment of new counsel, heard and taken under advisement. A.J. Kramer to meet with defendant regarding this matter. Jury Trial set for 8/23/2010 09:00 AM in Courtroom 28A before Judge Colleen Kollar−Kotelly. Status Conference set for 6/21/2010 01:00 PM in Courtroom 28A before Judge Colleen Kollar−Kotelly. Status Conference set for 7/8/2010 09:30 PM in Courtroom 28A before Judge Colleen Kollar−Kotelly. (Bond Status of Defendant: Defendant Committed/Commitment Issued) (Court Reporter: Lisa Hand) (Defense Attorney: Michelle M. Peterson; US Attorney: Matthew M. Graves) (hsj) (Entered: 06/17/2010) |
| 06/16/2010 | | | MINUTE ORDER as to TYRONE HINES (1): The Court held a status hearing in this criminal matter on June 16, 2010. Defendant was present. Based upon the Court's on−the−record discussion with Defendant at that time as well as the contents of a letter written by Defendant (and which will be filed separately on the public docket in this case), Defendant requested assignment of new counsel. The Court therefore scheduled the next status in this matter for June 21, 2010, at 1:00 PM, for ascertainment of counsel. The Court also advises the Government that it should come to the June 21st status prepared to discuss whether it intends to file any motions regarding other crimes evidence (including Rule 404(b) material) and/or impeachable convictions. In addition, the Court set a tentative motions schedule as follows: Defendant's pre−trial motions are due on or before June 23, 2010, and the Government's oppositions to such motions are due on or before July 6, 2010 (the Court recognizes that these dates may need to be altered once new defense counsel is assigned). The Court also scheduled a pre−trial status hearing for July 8, 2010 at 9:30 AM; tentatively scheduled a motions hearing for July 29 and/or July 30, 2010; and tentatively scheduled the trial, which counsel estimates would take approximately four days, for August 23 − 26, 2010. Finally, Defendant indicated that he would like Probation to prepare sentencing guidelines calculations based on Defendant's criminal history to determine if he is considered a career offender. Signed by Judge Colleen Kollar−Kotelly on 6/16/10. (dot, ) (Entered: 06/18/2010) |
| 06/18/2010 | 14 | | TRANSCRIPT OF PROCEEDINGS in case as to TYRONE HINES before |

| | | | |
|---|---|---|---|
| | | | Magistrate Judge John M. Facciola held on 3/19/2010; Page Numbers: 1−81. Date of Issuance:6/17/2010. Court Reporter/Transcriber Bowles Reporting Service, Telephone number (860) 464−1083,<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov.<br><br>Redaction Request due 7/9/2010. Redacted Transcript Deadline set for 7/19/2010. Release of Transcript Restriction set for 9/16/2010. (hsj, ) (Entered: 06/23/2010) |
| 06/21/2010 | | | Minute Entry for proceedings held before Judge Colleen Kollar−Kotelly:Status Conference as to TYRONE HINES (1) held on 6/21/2010. Motions due by 7/7/2010. Proposed Voir Dire due by 7/26/2010. Responses due by 7/19/2010. Jury Selection and Jury Trial set for 8/4/2010 09:00 AM in Courtroom 28A before Judge Colleen Kollar−Kotelly. Motion Hearing set for 8/2/2010 09:30 AM and 8/3/2010 in the afternoo in Courtroom 28A before Judge Colleen Kollar−Kotelly. Status Conference set for 7/30/2010 09:30 AM in Courtroom 28A before Judge Colleen Kollar−Kotelly. Bond Status of Defendant: Committed/Commitment issued; Court Reporter: Lisa Hand Defense Attorney: Rudolph Acree; US Attorney: Matthew M. Graves. (dot, ) (Entered: 06/21/2010) |
| 06/22/2010 | 13 | | ENTERED IN ERROR.....MOTION for Leave to Appear Appointed Attorney: Rudolph Acree, Jr.. by TYRONE HINES. (Acree, Rudolph) Modified on 6/23/2010 (hsj, ). (Entered: 06/22/2010) |
| 06/22/2010 | 15 | | ORDER as to TYRONE HINES (1) SETTING FORTH TRIAL PROCEDURES IN CRIMINAL CASES. Signed by Judge Colleen Kollar−Kotelly on 6/22/10. (dot, ) (Entered: 06/23/2010) |
| 06/22/2010 | | | MINUTE ORDER as to TYRONE HINES (1): The Court held a status hearing in this criminal matter on June 21, 2010, for ascertainment of counsel. In addition, in light of the assignment of new Defense counsel at the Defendant's request, the Court modified the schedule previously issued (see 6/16/10 Minute Order) in order to provide Defendant's newly−assigned counsel sufficient time to familiarize himself with this case and to file any appropriate motions. Accordingly, the schedule is amended as follows: (1) Defendant's pre−trial motions and the Government's Rule 609 notice, as well as any pre−trial motions it intends to file, are due on or before July 7, 2010; (2) the parties' respective oppositions to such motions/notices are due on or before July 19, 2010; (3) the parties' proposed voir dire and their jointly prepared neutral statement of the case are due on or before July 26, 2010; (4) the parties' proposed jury instructions regarding the elements of the offense and any specialized jury instructions are |

| | | |
|---|---|---|
| | | due on or before July 26, 2010; (5) the parties' proposed standard jury instructions are due on or before July 30, 2010; (6) a pre−trial status hearing is scheduled for July 30, 2010, at 9:30 AM; (7) a motions hearing/status is scheduled for August 2, 2010, to continue through August 3, 2010, as necessary; and (8) the trial is scheduled to begin on August 4, 2010, at 9:00 AM and to continue as needed. In addition, upon oral motion by the Government, the Court granted a continuance of the Defendant's Speedy Trial Rights in the interest of justice from June 23, 2010 (when Defendant's motions were originally due under the Court's initial scheduling order) until and including July 7, 2010 (when Defendant's motions are presently due under the modified scheduling order issued to accommodate the assignment of new counsel at Defendant's request), based upon the newly−assigned Defense counsel's need for additional time to familiarize himself with this case. The Court explained to the Defendant his Speedy Trial Rights, and the Defendant indicated that he understood his rights and agreed to the continuance. Signed by Judge Colleen Kollar−Kotelly on 6/22/10. (dot, ) (Entered: 06/23/2010) |
| 06/23/2010 | | NOTICE OF ERROR re 13 Motion to Appear; emailed to racree30@aol.com, cc'd 4 associated attorneys −− The PDF file you docketed contained errors: 1. Please refile document, 2. Docket Entry 13 should be filed as a Notice of Appearance. (hsj, ) (Entered: 06/23/2010) |
| 07/07/2010 | 16 | GOVERNMENT'S MOTION to Impeach Defendant With His Prior Convictions Pursuant To Rule 609 by USA as to TYRONE HINES. (Graves, Matthew) Modified on 7/8/2010 (hsj, ). (Entered: 07/07/2010) |
| 07/07/2010 | 17 | MOTION to Suppress *Statements* by TYRONE HINES. (Attachments: # 1 Text of Proposed Order)(Acree, Rudolph) (Entered: 07/07/2010) |
| 07/12/2010 | | NOTICE OF HEARING as to TYRONE HINES: Telephone Conference set for 7/13/2010 03:00 PM in Chambers before Judge Colleen Kollar−Kotelly. (dot, ) (Entered: 07/12/2010) |
| 07/13/2010 | | ENTERED IN ERROR.....Minute Entry for proceedings held before Judge Colleen Kollar−Kotelly:Status Conference as to TYRONE HINES held on 7/13/2010. Defendant waived speedy trial rights for the period of 7/13/2010 to 7/26/2010. Plea Agreement Hearing set for 7/26/2010 02:30 PM in Courtroom 28A before Judge Colleen Kollar−Kotelly. Bond Status of Defendant: Committed/Commitment issued; Court Reporter: Lisa Hand; Defense Attorney: Danielle Jahn; US Attorney: William O'Malley. (dot, ) Modified on 7/14/2010 (dot, ). (Entered: 07/14/2010) |
| 07/13/2010 | | Minute Entry for proceedings held before Judge Colleen Kollar−Kotelly:Telephone Conference as to TYRONE HINES held on 7/13/2010. Defendant Not Present. Bond Status of Defendant: Defendant Remains Committed; Court Reporter: Lisa Hand;Defense Attorney: Rudolph Acree; US Attorney: Matthew Graves. (dot, ) (Entered: 07/14/2010) |
| 07/13/2010 | | MINUTE ORDER as to TYRONE HINES: The Court held an on−the−record telephone conference call with counsel for the United States and Defendant on July 13, 2010. At that time, the Court scheduled a Status Conference for 7/22/2010 01:00 PM in Courtroom 28A before Judge Colleen Kollar−Kotelly, to discuss whether this criminal matter may be resolved through a disposition short of trial and whether any modifications to the schedule are necessary in light of |

| | | | |
|---|---|---|---|
| | | | recent developments in this case. Signed by Judge Colleen Kollar−Kotelly on 7/13/10. (dot, ) (Entered: 07/14/2010) |
| 07/19/2010 | 19 | | Memorandum in Opposition by USA as to TYRONE HINES re 17 MOTION to Suppress *Statements* of The Defendant (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service, # 3 Exhibit)(Graves, Matthew) Modified on 7/20/2010 (hsj, ). (Entered: 07/19/2010) |
| 07/19/2010 | 20 | | MOTION for Reconsideration *of Defendant's Bond* by TYRONE HINES. (Attachments: # 1 Text of Proposed Order)(Acree, Rudolph) (Entered: 07/19/2010) |
| 07/19/2010 | 21 | | Memorandum in Opposition by TYRONE HINES re 16 MOTION Government's Motion To Impeach Defendant With His Prior Convictions Pursuant To Rule 609 (Attachments: # 1 Text of Proposed Order)(Acree, Rudolph) (Entered: 07/19/2010) |
| 07/19/2010 | 22 | | NOTICE of Filing by USA as to TYRONE HINES. (Government Exhibit 2: DVD (2). (hsj, ) (Entered: 07/20/2010) |
| 07/21/2010 | 23 | | MOTION to Compel *Production Of Major Case Prints* by USA as to TYRONE HINES. (Attachments: # 1 Certificate of Service, # 2 Text of Proposed Order)(Graves, Matthew) (Entered: 07/21/2010) |
| 07/22/2010 | | | Minute Entry for proceedings held before Judge Colleen Kollar−Kotelly:Status Conference as to TYRONE HINES held on 7/22/2010; Order to be presented. Bond Status of Defendant: DEFENDANT COMMITTED/COMMITTMENT ISSUED; Court Reporter: LISA HAND Defense Attorney: RUDOLPH ACREE; US Attorney: MATTHEW GRAVES; (clv, ) (Entered: 07/22/2010) |
| 07/23/2010 | | | MINUTE ORDER as to TYRONE HINES: The Court held a status hearing in this case on July 22, 2010, to discuss whether this criminal matter may be resolved through a disposition short of trial and whether this criminal matter may be resolved through a disposition short of trial and whether any modifications to the schedule are necessary in light of recent developments. As set forth on the record at that time, the schedule previously issued in this case (see 6/22/10 Minute Order) is modified as follows: (1) Defendant's response to the Government's 23 Motion to Compel Production of Major Case Prints is due on or before July 28, 2010; (2) the Government's response to Defendant's Motion to Reconsider Bond is due on or before July 28, 2010; (3) the motions hearing/status previously scheduled for August 2−3, 2010 is CONTINUED until August 9, 2010, at 9:00 AM, in light of the Government's representation that an essential witness for the hearing is unavailable during the week of August 2−6; (4) the parties' proposed voir dire, jointly prepared neutral statement of the case, and proposed jury instructions regarding the elements of the offense as well as any specialized jury instructions are due on or before August 18, 2010; (5) the parties' proposed standard jury instructions are due on or before August 20, 2010; and (6) the trial, which is presently scheduled to begin on August 4, 2010, is hereby CONTINUED until September 7, 2010, at 9:00 AM, to continue thereftcr as needed. Finally, the Court notes that the 9:30 AM, July 30, 2010 status shall remain as scheduled. Signed by Judge Colleen Kollar−Kotelly on 7/23/10. (clv, ) (Entered: 07/23/2010) |
| 07/26/2010 | 24 | | Supplemental MOTION to Suppress *Identification* by TYRONE HINES. |

| | | |
|---|---|---|
| | | (Attachments: #_1_ Text of Proposed Order)(Acree, Rudolph) (Entered: 07/26/2010) |
| 07/27/2010 | 25 | Memorandum in Opposition by TYRONE HINES re _23_ MOTION to Compel *Production Of Major Case Prints* (Attachments: #_1_ Text of Proposed Order)(Acree, Rudolph) (Entered: 07/27/2010) |
| 07/28/2010 | 26 | Memorandum in Opposition by USA as to TYRONE HINES re _20_ MOTION for Reconsideration *of Defendant's Bond Opposition To Motion To Reconsider Defendant's Bond* (Attachments: #_1_ Text of Proposed Order, #_2_ Certificate of Service, #_3_ Exhibit)(Graves, Matthew) (Entered: 07/28/2010) |
| 07/29/2010 | 27 | MEMORANDUM ORDER granting _23_ Motion to Compel as to TYRONE HINES (1). Signed by Judge Colleen Kollar−Kotelly on 7/29/10. (dot, ) (Entered: 07/29/2010) |
| 07/29/2010 | 28 | ENTERED IN ERROR.....Unopposed MOTION to Travel *Outside of the Jurisdiction* by TYRONE HINES. (Attachments: #_1_ Text of Proposed Order)(Acree, Rudolph) Modified on 7/30/2010 (hsj, ). (Entered: 07/29/2010) |
| 07/30/2010 | | NOTICE OF ERROR re _28_ Motion to Travel ; emailed to racree30@aol.com, cc'd 4 associated attorneys —− The PDF file you docketed contained errors: 1. Incorrect header/caption/case number, 2. Incorrect document/case, 3. Please refile document, 4. Docket Entry _28_ filed in wrong case. (hsj, ) (Entered: 07/30/2010) |
| 07/30/2010 | | Minute Entry for proceedings held before Judge Colleen Kollar−Kotelly:Status Conference as to TYRONE HINES held on 7/30/2010; Government's submission due by 8/2/2010; Status Conference set for 9/2/10 at 2:00 p.m. in Courtroom 28A before Judge Colleen Kollar−Kotelly; Motion Hearing set for 8/9/10 at 9:30 a.m. in Courtroom 28A before Judge Colleen Kollar−Kotelly; Jury Trial set for 9/7/2010 09:00 AM in Courtroom 28A before Judge Colleen Kollar−Kotelly. Bond Status of Defendant: Defendant remains incarcerated/Commitment issued; Court Reporter: Lisa Hand Defense Attorney: Rudolph Acree; US Attorney: Matthew Graves; (clv, ) (Entered: 07/30/2010) |
| 07/30/2010 | 29 | MEMORANDUM ORDER denying _20_ Motion for Reconsideration Defendant's Bond as to TYRONE HINES (1). Signed by Judge Colleen Kollar−Kotelly on 7/30/10. (clv, ) (Entered: 07/30/2010) |
| 07/30/2010 | | MINUTE ORDER as to TYRONE HINES : The Court held a status hearing in this criminal matter on July 30, 2010, to discuss scheduling issues and to determine whether the parties had been able to resolve this matter through a disposition short of trial, prior to the August 9, 2010 motions hearing. The parties advised the Court that no plea agreement has yet been reached. In addition, as set forth on the record at that time, the Court modified the schedule previously issued in this case as follows: (1) the Government's response to Defendant's _24_ Supplement to Defendant's Motion to Suppress is due on or before August 2, 2010; (2) the motions hearing/status currently scheduled for August 9,2010, is set to begin at 9:30 AM (rather than at 9:00 AM as initially stated); and (3) a final pretrial status is now scheduled for September 2, 2010, at 2:00 PM. The schedule previously issued otherwise remains in effect. Finally, the Court notes that, at the conclusion of the status hearing, Government counsel was excused, and the Court held an on−the−record discussion, ex parte and |

| | | |
|---|---|---|
| | | under seal, with Defendant and his counsel to address certain concerns raised by Defendant during the status hearing. Defendant indicated on the record that his concerns have been satisfied.. Signed by Judge Colleen Kollar−Kotelly on 7/30/10. (clv, ) (Entered: 07/30/2010) |
| 08/02/2010 | 30 | Memorandum in Opposition by USA as to TYRONE HINES re 24 Supplemental MOTION to Suppress *Identification Opposition To Supplement To Defendant's Motion To Suppress* (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service, # 3 Exhibit)(Graves, Matthew) (Entered: 08/02/2010) |
| 08/05/2010 | 31 | SUPPLEMENT TO 30 OPPOSITION by USA as to TYRONE HINES re 24 Supplemental MOTION to Suppress *Identification* (Attachments: # 1 Exhibit)(Graves, Matthew) Modified on 8/6/2010 (mlp) (Entered: 08/05/2010) |
| 08/09/2010 | | Minute Entry for proceedings held before Judge Colleen Kollar−Kotelly:Motion Hearing as to TYRONE HINES (1) held on 8/9/2010 re 17 MOTION to Suppress *Statements*;re 24 Motion to Suppress Identification. Ruling on Motion Hearings set for 8/11/2010 04:00 PM in Courtroom 28A before Judge Colleen Kollar−Kotelly. Bond Status of Defendant: Committed/Commitment; Court Reporter: Lisa Hand Defense Attorney: Rudolph Acree; US Attorney: Matthew Graves. Witness: Elmer Baylor, Jr. and Tyrone Hines. (dot, ) Modified on 8/18/2010 (dot, ). (Entered: 08/09/2010) |
| 08/11/2010 | | Minute Entry for proceedings held before Judge Colleen Kollar−Kotelly: denying 17 Motion to Suppress as to TYRONE HINES (1); denying 24 Motion to Suppress as to TYRONE HINES (1); Motion Hearing as to TYRONE HINES held on 8/11/2010 re 17 MOTION to Suppress *Statements* filed by TYRONE HINES, 24 Supplemental MOTION to Suppress *Identification* filed by TYRONE HINES. Bond Status of Defendant: Committed/Commitment; Court Reporter: Lisa Hand Defense Attorney: Rudolph Acree; US Attorney: Matthew Graves; (dot, ) (Entered: 08/18/2010) |
| 08/12/2010 | 32 | ORDER as to TYRONE HINES (1): the official transcript for the August 11, 2010 Motions Hearing/Status in this criminal matter shall be corrected as follows, with the required corrections set forth in bold italics below: 1. Page 15, lines 5−6 shall be corrected to read: "Detective Baylor testified that defendant was arrested on Tuesday, March 9th at 9:30..." 2. Page 15, lines 24−25 shall be corrected to read: "The Court credits Detective Baylor's testimony that the defendant was interviewed on Tuesday, March 9th....". Signed by Judge Colleen Kollar−Kotelly on 8/12/10. (dot, ) (Entered: 08/12/2010) |
| 08/12/2010 | | MINUTE ORDER as to TYRONE HINES (1): The Court held a motions hearing/status in this criminal matter on August 11, 2010. Counsel for both parties and Defendant were present. Based upon the Court's findings of fact and conclusions of law, which were set forth orally by the Court at that time, both Defendant's 17 Motion to Suppress Statements of the Defendant and Defendant's 24 Supplemental Motion to Suppress Identification were DENIED for the reasons stated on the record. The Court also discussed trial procedures with counsel and directed the Government to provide Defendant with any remaining Jencks material as follows: (a) material relating to the Government's trial witnesses shall be provided by no later than August 20, 2010; and (b) grand jury transcripts shall be provided by no later than September 2, 2010. In addition, the Court DENIED as untimely the Government's oral motion to supplement its pending Motion to Impeach Defendant With His Prior Convictions Pursuant to |

| | | | |
|---|---|---|---|
| | | | Rule 609. Finally, the Government advised Defendant and the Court that its present plea offer shall remain open until close of business on Friday, August 13, 2010. In the event the parties do not reach a disposition of this case short of trial, the final pretrial status in this case is scheduled for 9/2/2010 02:00 PM in Courtroom 28A before Judge Colleen Kollar−Kotelly. Signed by Judge Colleen Kollar−Kotelly on 2/12/10. (dot, ) Modified on 8/13/2010 (dot, ). (Entered: 08/12/2010) |
| 08/19/2010 | 33 | | NOTICE OF ATTORNEY APPEARANCE Catherine K. Connelly appearing for USA. (Connelly, Catherine) (Entered: 08/19/2010) |
| 08/23/2010 | 34 | | MOTION to Withdraw as Attorney by Rudolph Acree. by TYRONE HINES. (Attachments: # 1 Text of Proposed Order)(Acree, Rudolph) (Entered: 08/23/2010) |
| 08/24/2010 | | | MINUTE ORDER as to TYRONE HINES (1): The Court shall hold a hearing in this case on 8/26/2010 12:00 PM (Noon) in Courtroom 28A before Judge Colleen Kollar−Kotelly to discuss Defense counsels 34 Motion to Withdraw as Counsel for Defendant. Signed by Judge Colleen Kollar−Kotelly on 8/24/10. (dot, ) (Entered: 08/24/2010) |
| 08/25/2010 | 35 | | MEMORANDUM ORDER as to TYRONE HINES (1): granting in part and denying in part 16 Motion to Impeach Defendant With His Prior Convictions Pursuant to Rule 609. Specifically, the Motion is Denied insofar as the Government seeks permission to admit Defendant's 2002 conviction for Attempted Robbery under Federal Rule of Evidence 609(a)(1), but is Granted insofar as the Government seeks permission to admit Defendant's 2008 convictions for Uttering and Attempting to Obtain Money by False Pretense under Federal Rule of Evidence 609(a)(2), for the reasons, see document. Signed by Judge Colleen Kollar−Kotelly on 8/25/10. (dot, ) (Entered: 08/25/2010) |
| 08/26/2010 | | | Minute Entry for proceedings held before Judge Colleen Kollar−Kotelly:Motion Hearing as to TYRONE HINES (1) held on 8/26/2010 re 34 MOTION to Withdraw as Attorney by Rudolph Acree; filed by TYRONE HINES. The Court granted Defendant's Motion to withdraw as to Attorney Rudolph Acree. Bond Status of Defendant: Committed/Commitment; Court Reporter: Scott Wallace Defense Attorney: Rudolph Acree; US Attorney: Catherine Connolly. (dot, ) (Entered: 08/27/2010) |
| 08/27/2010 | | | MINUTE ORDER as to TYRONE HINES (1): The Court held a status hearing in this criminal matter on August 26, 2010, to discuss Defense counsel's 34 MOTION to Withdraw as Attorney by Rudolph Acree. Defense counsel, Defendant, and Government counsel were present. After providing the Government an opportunity to comment, Government counsel was excused and the Court held an on−the−record discussion, ex parte and under seal, with Defendant and his counsel to address the concerns raised in Defense counsel's Motion to Withdraw, in which the Defendant joins the request. For the reasons set forth on the record at that time, the Court concluded that it was necessary to permit Defense counsel to withdraw as counsel of record for Defendant. Accordingly, the Court advised the parties that it would grant Defense counsel's Motion to Withdraw once the third appointed counsel has entered an appearance in this case. In addition, the Court stated that it would hold a status hearing in this case once new counsel is appointed in order to discuss the manner in which this criminal matter shall proceed forward to trial. That Status Conference set for |

| | | | |
|---|---|---|---|
| | | | 8/30/2010 10:30 AM in Courtroom 28A before Judge Colleen Kollar−Kotelly, conditioned on the availability of newly−appointed defense counsel. The Court has not vacated the trial date of September 7, 2010, but will discuss its viability at the next status hearing. Finally, because of the difficulties posed by Defendant's conduct in consulting with counsel and the resulting delay caused by the need to appoint a third Defense counsel in this case, the Court finds that it is in the interests of justice to grant a continuance of the Defendant's Speedy Trial Rights from the filing of Defense Counsel's Motion to withdraw on August 23, 2010, as of which date the papers indicate Defendant and his counsel were no longer able to communicate effectively, until the next status hearing in this case when new counsel shall have been appointed. Signed by Judge Colleen Kollar−Kotelly on 8/27/10. (dot, ) (Entered: 08/27/2010) |
| 08/27/2010 | | | MINUTE ORDER as to TYRONE HINES (1): In order to accommodate newly−appointed Defense counsel's schedule, the status hearing tentatively scheduled for Monday, August 30, 2010, at 10:30 AM, is hereby continued (same day) until 8/30/2010 02:00 PM in Courtroom 28A before Judge Colleen Kollar−Kotelly. Signed by Judge Colleen Kollar−Kotelly on 8/27/10. (dot, ) (Entered: 08/27/2010) |
| 08/30/2010 | 36 | | NOTICE OF ATTORNEY APPEARANCE: James W. Rudasill, Jr appearing for TYRONE HINES *CJA appointment* (Rudasill, James) (Entered: 08/30/2010) |
| 08/30/2010 | | | Minute Entry for proceedings held before Judge Colleen Kollar−Kotelly:Status Conference as to TYRONE HINES (1) held on 8/30/2010. Jury Selection and Jury Trial set for 10/19/2010 09:00 AM in Courtroom 28A before Judge Colleen Kollar−Kotelly. Status Conference set for 9/13/2010 02:00 PM in Courtroom 28A before Judge Colleen Kollar−Kotelly. Bond Status of Defendant: Committed/Commitment issued; Court Reporter: Lisa Hand Defense Attorney: James Rudasill; US Attorney: Catherine Connelly. (dot, ) (Entered: 08/31/2010) |
| 08/31/2010 | | | MINUTE ORDER as to TYRONE HINES (1): The Court held a status hearing in this criminal matter on August 30, 2010, to discuss the manner in which this criminal matter shall proceed forward to trial in light of the recent appointment of the third new defense counsel. At that time, the Court scheduled the next status hearing in this case for September 13, 2010 at 2:00 PM. In addition, the Court VACATED the September 2, 2010 final pretrial status hearing and tentatively CONTINUED the start of the trial, which was previously scheduled to commence on September 7, 2010, until October 19, 2010 at 9:00 AM. The Court shall confirm the trial date with counsel at the next status hearing. Finally, because of the delay caused by the appointment of a third defense counsel in this case and in order to accommodate the recently−appointed defense counsel's schedule and to allow him sufficient time to prepare the case for trial in consultation with the Defendant, the Court finds that it is in the interests of justice to grant a continuance of the Defendant's Speedy Trial Rights from the August 30, 2010 status hearing until and including the new trial date of October 19, 2010. Signed by Judge Colleen Kollar−Kotelly on 8/31/10. (dot, ) (Entered: 08/31/2010) |
| 08/31/2010 | | | MINUTE ORDER as to TYRONE HINES (1): As new defense counsel has now been appointed to represent Defendant in this criminal matter and has filed a 36 Notice of Appearance on behalf of Defendant, the Court shallgrant 34 Motion to Withdraw as Attorney. Rudolph Acree withdrawn from case as to TYRONE |

| | | |
|---|---|---|
| | | HINES (1). Signed by Judge Colleen Kollar−Kotelly on 8/31/10. (dot, ) (Entered: 08/31/2010) |
| 09/13/2010 | | Minute Entry for proceedings held before Judge Colleen Kollar−Kotelly:Status Conference as to TYRONE HINES (1) held on 9/13/2010. Proposed Voir Dire and Statement of the case due by 9/20/2010. Jury Trial set for 10/19/2010 09:00 AM in Courtroom 28A before Judge Colleen Kollar−Kotelly. Pretrial Conference set for 10/12/2010 09:00 AM in Courtroom 28A before Judge Colleen Kollar−Kotelly. Bond Status of Defendant: Committed/Commitment issued; Court Reporter: Lisa Hand Defense Attorney: James Rudasill; US Attorney: Catherine Connelly and Matthew Graves. (dot, ) (Entered: 09/20/2010) |
| 09/28/2010 | 38 | Proposed Voir Dire by USA as to TYRONE HINES (Graves, Matthew) (Entered: 09/28/2010) |
| 09/28/2010 | 39 | Proposed Jury Instructions by USA as to TYRONE HINES (Graves, Matthew) (Entered: 09/28/2010) |
| 09/28/2010 | 40 | MOTION in Limine *Agent At Table* by USA as to TYRONE HINES. (Attachments: # 1 Text of Proposed Order)(Connelly, Catherine) (Entered: 09/28/2010) |
| 10/12/2010 | | Minute Entry for proceedings held before Judge Colleen Kollar−Kotelly:Pretrial Conference as to TYRONE HINES (1) held on 10/12/2010. Jury Selection and Jury Trial set for 10/19/2010 09:00 AM in Courtroom 28A before Judge Colleen Kollar−Kotelly. Bond Status of Defendant: Committed/Commitment issued; Court Reporter: Lisa Hand Defense Attorney: James Rudasill, Jr.; US Attorney: Catherine Connelly and Matthew Graves. (dot) (Entered: 10/12/2010) |
| 10/12/2010 | | MINUTE ORDER: The Court held a Pretrial Conference in this criminal action on October 12, 2010 as to Defendant TYRONE HINES (1), to address trial procedures and other preliminary matters. Defendant was present. The Court reviewed the proposed voir dire with the parties, who were directed to raise any unresolved issues as to the proposed voir dire with the Court on or before October 18, 2010. The Court orallygranted the Government's Motion in Limine 40 to Permit Federal Bureau of Investigation Special Agent Chad Fleming to Remain at Counsel Table, with written order to follow. In addition, Counsel for Defendant was reminded to secure and file a written waiver by the Defendant of the right to be present at bench conferences during voir dire and trial. Both sides expressed their readiness for trial, which is set to commence on October 19, 2010 at 9:00 a.m. in Courtroom 28A before Judge Colleen Kollar−Kotelly. Signed by Judge Colleen Kollar−Kotelly on 10/12/10. (dot, ) (Entered: 10/12/2010) |
| 10/12/2010 | 42 | ORDER as to TYRONE HINES (1): Special Agent Chad Fleming, who will not appear as a witness at the trial in this action, is allowed to sit at counsel table with the Assistant United States Attorney during trial as the Government's designated representative. Signed by Judge Colleen Kollar−Kotelly on 10/12/10. (dot, ) (Entered: 10/13/2010) |
| 10/18/2010 | | MINUTE ORDER as to TYRONE HINES (1): Jury selection and jury trial set for 10/19/2010 is hereby continued to a later date. Status Conference set for 10/19/2010 09:00 AM in Courtroom 28A before Judge Colleen Kollar−Kotelly to set new dates. Signed by Judge Colleen Kollar−Kotelly on 10/18/10. (dot, ) (Entered: 10/18/2010) |

| 10/19/2010 | | | Minute Entry for proceedings held before Judge Colleen Kollar−Kotelly:Status Conference as to TYRONE HINES (1) held on 10/19/2010. Bond Status of Defendant: Committed/Commitment issued; Court Reporter: Lisa Hand Defense Attorney: James Rudasill, Jr.; US Attorney: Catherine Connelly and Matthew Graves. (dot, ) (Entered: 10/19/2010) |
| 10/19/2010 | | | MINUTE ORDER as to TYRONE HINES (1): The Court held a Status Conference in this criminal action as to Defendant TYRONE HINES on Tuesday, October 19, 2010. Defendant was present. The parties discussed Defense Counsel's unavailability to commence the trial in this action as originally scheduled due to his representation in a trial in an unrelated proceeding before the D.C. Superior Court. Defendant expressed his satisfaction with Defense Counsel and his desire to proceed with his current counsel. The Court anticipates beginning jury selection in this action on Friday, October 22, 2010 or Monday, October 25, 2010. Accordingly, in order to allow Defendant to proceed with his counsel of choice, the Court finds that it is in the interests of justice to grant a continuance of the Defendants Speedy Trial Rights until such time. Defense Counsel was directed to notify the Court as to the progress of the proceedings in the D.C. Superior Court at close−of−business on Wednesday, October 20, 2010. Signed by Judge Colleen Kollar−Kotelly on 10/19/10. (dot, ) (Entered: 10/19/2010) |
| 10/21/2010 | | | MINUTE ORDER as to TYRONE HINES (1): The Court held a Telephonic Status Conference in this criminal action as to Defendant TYRONE HINES on Thursday, October 21, 2010 to discuss Defense Counsels availability to commence trial in light of his representation in an unrelated trial before the D.C. Superior Court, and to confirm the dates and times for jury selection and the presentation of evidence in this action. Defense Counsel waived the Defendants right to participate in the conference; the Court also notes that the discussion was consistent with matters previously discussed in Defendants presence during the October 19, 2010 Status Conference. The parties were directed to report for Jury Selection on Friday, 10/22/2010 09:00 AM in Courtroom 28A before Judge Colleen Kollar−Kotelly, unless otherwise notified by the Court. The presentation of evidence is expected to commence on Tuesday, 10/26/2010. In addition, although not addressed during the conference, at the beginning of jury selection, the Government should be prepared to present to the Court a list of the witnesses and exhibits it intends to introduce at trial, and Defendant should at a minimum bring a list of the witnesses he currently intends to introduce as part of voir dire related to the defense. Signed by Judge Colleen Kollar−Kotelly on 10/21/10. (dot, ) (Entered: 10/21/2010) |
| 10/22/2010 | | | Minute Entry for proceedings held before Judge Colleen Kollar−Kotelly: Jury Selection as to TYRONE HINES begun and held on 10/22/2010. Jury of 12 and 2 alternate jurors selected, but not sworn. Jury Selection set for 10/26/2010 09:00 AM in Courtroom 28A before Judge Colleen Kollar−Kotelly. (Bond Status of Defendant: Defendant Committed/Commitment Issued) (Court Reporter: Lisa Hand) (Defense Attorney: James Rudasill; US Attorney: Catherine Connelly and Matthew Graves) (hsj, ) (Entered: 10/26/2010) |
| 10/26/2010 | | | Minute Entry for proceedings held before Judge Colleen Kollar−Kotelly: Jury Trial as to TYRONE HINES begun and held on 10/26/2010. TYRONE HINES (1) Count 1,2−3. Jury of 12 and 2 alternate jurors returned and sworn. Jury Trial contiued to 10/27/2010 09:00 AM in Courtroom 28A before Judge Colleen |

Case 1:10-cr-00150-CKK Document 62 Filed 04/12/11 Page 15 of 20

| | | |
|---|---|---|
| | | Kollar−Kotelly. (Bond Status of Defendant: Defendant Committed/Commitment Issued) (Court Reporter: Lisa Hand) (Defense Attorney: James Rudasill; US Attorney: Matthew Graves) (Government Witnesses: Ann Hawkins, Joanne Padilla, Delmy Borjas (Interpreter Amma Szal, sworn for this witness), James Benton, Special Agent John Gardner, Special Agent Matthew O'Brien, Special Agent Kellie O'Brien, Detective Elmer Baylor) (hsj, ) (Entered: 11/02/2010) |
| 10/27/2010 | | Minute Entry for proceedings held before Judge Colleen Kollar−Kotelly: Jury Trial as to TYRONE HINES resumed and concluded on 10/27/2010. TYRONE HINES (1) Count 1,2−3. Same jury of 12 and 2 alternate jurors discharged. Jury Deliberation begun and continued to 10/28/2010 09:15 AM in Courtroom 28A before Judge Colleen Kollar−Kotelly. (Bond Status of Defendant: Defendant Committed/Commitment Issued) (Court Reporter: Lisa Hand) (Defense Attorney: James Rudasill, Jr.; US Attorney: Matthew Graves) (Government Witnesses: Detective Elmer Baylor, Joyce Jones, Jacqueline Slebrch, Detective Stacy Carey, and Special Agent Chad Fleming) (hsj, ) (Entered: 11/02/2010) |
| 10/27/2010 | 47 | Jury Note (1) as to TYRONE HINES (1). (dot, ) (Entered: 11/19/2010) |
| 10/28/2010 | | Minute Entry for proceedings held before Judge Colleen Kollar−Kotelly: Jury Deliberation as to TYRONE HINES resumed and concluded on 10/28/2010. TYRONE HINES (1) Count 1,2−3. Jury of 12 present. VERDICT OF GUILTY RENDERED AS TO TYRONE HINES (1) on Counts 1, 2−3. 12 jurors are discharged. REFERRAL TO PROBATION OFFICE for Presentence Investigation as to TYRONE HINES. Presentence Report due 1/14/2011. Sentencing Memorandum due by 1/28/2011. Sentencing set for 2/11/2011 09:00 AM in Courtroom 28A before Judge Colleen Kollar−Kotelly. (Bond Status of Defendant: Defendant Committed/Commitment Issued) (Court Reporter: Lisa Hand) (Defense Attorney: James Rudasill, Jr.; US Attorney: Matthew Graves) (hsj, ) (Entered: 11/02/2010) |
| 10/28/2010 | | JURY VERDICT as to TYRONE HINES (1), Guilty on Count 1,2−3. (hsj, ) (Entered: 11/02/2010) |
| 10/28/2010 | 43 | VERDICT FORM as to TYRONE HINES. (hsj, ) (Entered: 11/02/2010) |
| 10/28/2010 | 44 | **Signature Page of Foreperson**<br><br>as to TYRONE HINES in Verdict Form. (Access to the PDF Document is restricted pursuant to the E−Government Act. Access is limited to Counsel of Record and the Court.) (hsj, ) (Entered: 11/02/2010) |
| 10/29/2010 | 45 | CJA 24 as to TYRONE HINES: Order Authorizing Payment to Court Reporter Lisa Hand for Transcript of proceeding held on 8/9/2010−8/10/2010. Signed by Judge Colleen Kollar−Kotelly on 10/29/2010. (hsj, ) (Entered: 11/02/2010) |
| 10/29/2010 | 46 | ORDER as to TYRONE HINES (1): Probation shall file Presentence Report by no later than 1/14/2011. Parties shall file its Motion and Sentencing Memorandum by 1/28/2011. Sentencing set for 2/11/2011 09:00 AM in Courtroom 28A before Judge Colleen Kollar−Kotelly. Signed by Judge Colleen Kollar−Kotelly on 10/29/10. (dot, ) (Entered: 11/02/2010) |
| 12/01/2010 | 51 | ORDER (ERRATA CORRECTING THE AUGUST 11, 2010 MOTIONS HEARING/STATUS OFFICIAL TRANSCRIPT) as to TYRONE HINES: the |

| | | | |
|---|---|---|---|
| | | | official transcript for the August 11, 2010 Motions Hearing/Status shall be corrected as follows, with the required corrections set forth in bold italics: Page 13, lines 10−12 shall be corrected to read: "The whole interview lasts, and I timed it, one minute less than an hour, so I guess 59 minutes."; Page 15, lines 8−9 shall be corrected to read: "As I indicated, it lasted 59 minutes."; Page 17, lines 21−22 shall be corrected to read: "The detective states the dates, full date, he says 3/9/10." Signed by Judge Colleen Kollar−Kotelly on 12/1/10. (dot, ) (Entered: 12/27/2010) |
| 12/22/2010 | 49 | | ENTERED IN ERROR − INCORRECT PROCEEDINGS DATE.....TRANSCRIPT OF PROCEEDINGS in case as to TYRONE HINES before Judge Colleen Kollar−Kotelly held on 8−9−10; Page Numbers: 1−150. Date of Issuance:12−22−10. Court Reporter/Transcriber Lisa Hand, Telephone number 202−354−3269, Court Reporter Email Address : LHand818@hotmail.com. <br><br> For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter. <br><br> **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov. <br><br> Redaction Request due 1/12/2011. Redacted Transcript Deadline set for 1/22/2011. Release of Transcript Restriction set for 3/22/2011.(Hand, Lisa) Modified on 12/23/2010 (mlp) Modified on 1/4/2011 (mlp) (Entered: 12/22/2010) |
| 12/22/2010 | 50 | | TRANSCRIPT OF PROCEEDINGS in case as to TYRONE HINES before Judge Colleen Kollar−Kotelly held on 8−11−10; Page Numbers: 1−44. Date of Issuance:12−22−10. Court Reporter/Transcriber Lisa Hand, Telephone number 202−354−3269, Court Reporter Email Address : LHand818@hotmail.com. <br><br> For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter. <br><br> **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov. |

| | | | |
|---|---|---|---|
| | | | Redaction Request due 1/12/2011. Redacted Transcript Deadline set for 1/22/2011. Release of Transcript Restriction set for 3/22/2011.(Hand, Lisa) Modified on 12/23/2010 (mlp) (Entered: 12/22/2010) |
| 01/04/2011 | 52 | | TRANSCRIPT OF PROCEEDINGS in case as to TYRONE HINES before Judge Colleen Kollar−Kotelly held on 8−9−10; Page Numbers:1−129. Date of Issuance:1−4−11. Court Reporter/Transcriber Lisa Hand, Telephone number 202−354−3269, Court Reporter Email Address : LHand818@hotmail.com.<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov.<br><br>Redaction Request due 1/25/2011. Redacted Transcript Deadline set for 2/4/2011. Release of Transcript Restriction set for 4/4/2011.(Hand, Lisa) Modified on 1/5/2011 (hsj, ). (Entered: 01/04/2011) |
| 01/14/2011 | 54 | | Recommendation of PSI Report as to TYRONE HINES. Not for public disclosure per Judicial Conference Policy.(Stevens−Panzer, Deborah) (Entered: 01/14/2011) |
| 01/28/2011 | 55 | | SENTENCING MEMORANDUM by USA as to TYRONE HINES (Graves, Matthew) (Entered: 01/28/2011) |
| 02/09/2011 | 56 | | SENTENCING MEMORANDUM by TYRONE HINES (Rudasill, James) (Entered: 02/09/2011) |
| 02/10/2011 | | | MINUTE ORDER as to TYRONE HINES: Pursuant to arguments raised in defendants memorandum in aid of sentencing, the government shall file a response by close of business on Monday, February 14, 2011. Based on an argument in the defendant's memorandum, it was agreed that a mental health report prepared earlier in this case shall be filed with the Court under seal with a copy to the prosecutor by noon on February 14, 2011. It is FURTHER ORDERED that the Sentencing set for Friday, February 11, 2011, is hereby vacated and tentatively RESCHEDULED for Thursday, February 17, 2011, at 3:00 a.m. in Courtroom 28A. If either counsel has a problem with the new sentencing date, counsel shall contact opposing counsel and chambers as soon as possible to coordinate a new date. Signed by Judge Colleen Kollar−Kotelly on February 10, 2011.Sentencing set for 2/17/2011 03:00 PM in Courtroom 28A before Judge Colleen Kollar−Kotelly.. Signed by Judge Colleen Kollar−Kotelly on 2/10/11. (dot ) (Entered: 02/10/2011) |
| 02/18/2011 | | | MINUTE ORDER as to TYRONE HINES: The sentencing previously set for 2/17/2011 has been rescheduled. Sentencing reset for 2/22/2011 09:00 AM in Courtroom 28A before Judge Colleen Kollar−Kotelly. Signed by Judge Colleen |

| | | | |
|---|---|---|---|
| | | | Kollar−Kotelly on 2/18/11. (dot, ) (Entered: 02/18/2011) |
| 02/22/2011 | | | Minute Entry for proceedings held before Judge Colleen Kollar−Kotelly: The matter was scheduled for sentencing, but was not held. Instead a Status Conference as to TYRONE HINES was held on 2/22/2011. The Defendant had questions regarding the pre sentence Report. Defendant counsel shall get the official docket entries listed in paragraphs 64 and 65, which are the ones that the defendant is raising concern. Counsel will get this information from the Fairfax County Clerks Office and Prince Williams County General District Court and share it with Mr. Hines and file a report with the Court by 3/7/2011. The Probation Office shall file a corrected pre sentence Report by 3/14/2011. Sentencing set for 3/28/2011 09:00 AM in Courtroom 28A before Judge Colleen Kollar−Kotelly. Bond Status of Defendant: Committed/Commitment issued; Court Reporter: Lisa M. Foradori Defense Attorney: James Rudasill, Jr.; US Attorney: Matthew Graves; Prob Officer: Sherry Brandon. (dot ) (Entered: 03/07/2011) |
| 03/11/2011 | 57 | | NOTICE *of Filing with Probation Officer of Certified Copies and Docket Sheets for Virginia convictions* by TYRONE HINES (Rudasill, James) (Entered: 03/11/2011) |
| 03/25/2011 | | | MINUTE ORDER as to TYRONE HINES: Vacating the sentencing on Monday, 3/28/2011 and continuing the Sentencing for 3/29/2011 11:00 AM in Courtroom 28A before Judge Colleen Kollar−Kotelly. Signed by Judge Colleen Kollar−Kotelly on 3/25/11. (dot ) (Entered: 03/25/2011) |
| 03/29/2011 | | | MINUTE ORDER as to TYRONE HINES: Sentencing set for 3/30/2011 11:00 AM in Courtroom 28A before Judge Colleen Kollar−Kotelly. Signed by Judge Colleen Kollar−Kotelly on 3/29/11. (dot) (Entered: 03/29/2011) |
| 03/30/2011 | | | Minute Entry for proceedings held before Judge Colleen Kollar−Kotelly:Sentencing held on 3/30/2011 as to TYRONE HINES (1), Count(s) 1. Defendant sentenced to Hundred−thirty−two (132) Months Incarceration to run concurrent with Counts 2 and 3 followed by Three (3) Years of Supervised Release with conditions. Special Assessment of $100 imposed. Count(s) 2, Defendant sentenced to Hundred thirty−two (132) Months Incarceration to run concurrent with Counts 1 and 3 followed by Three (3) Years of Supervised Release with conditions. Special Assessment of $100 imposed. Count(s) 3, Defendant sentenced to Hundred thirty−two (132) Months Incarceration to run concurrent with Counts 1 and 2 followed by Three (3) Years of Supervised Release with conditions. Special Assessment of $100 imposed. Bond Status of Defendant: Committed/Commitment issued; Court Reporter: Lisa M. Foradori; Defense Attorney: James Rudasill, Jr.; US Attorney: Matthew Graves; Prob Officer: Sherry Brandon. (dot ) (Entered: 04/01/2011) |
| 04/11/2011 | 61 | 19 | NOTICE OF APPEAL − Final Judgment by TYRONE HINES re Sentencing imposed on 3/30/2011 and entered on 4/1/2011. Appeal reference TYRONE HINES, Count(s) 1, 2, 3. Counsel and defendant notified. Docketing Statement received. Fee Status: No Fee Paid. (hsj, ) (Entered: 04/12/2011) |

CO-290
Rev. 3/88

Notice of Appeal Criminal

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )        Criminal No. _10 - CR-150 (CKK)_
)
TYRONE F. HINES )

## FILED

APR 1 1 2011

## NOTICE OF APPEAL

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Name and address of appellant: Tyrone Fitzgerald Hines
2116 Trafalgar Drive, Ft. Washington,
Maryland 20009

Name and address of appellant's attorney:

James W. Rudasill, Jr
717 D St N.W Ste 310
Washington, D.C. 20004

Offense: Bank Robbery - Ct1 - 18 U.S.C. § 2113(a)
Attempted Bank Robbery - 18 U.S.C. § 2113(a) - Ct 2-3.
Concise statement of judgment or order, giving date, and any sentence:

132 months incarceration on each count to
be served Concurrently, 36 months supervised
release; $5000.00 restitution; interest waived.
Name and institution where now confined, if not on bail:
Northern Neck Regional Jail, Warsaw, Virginia.

I, the above named appellant, hereby appeal to the United States Court of Appeals for the
District of Columbia Circuit from the above-stated judgment.

April 11, 2011
DATE

Tyrone F. Hines by
APPELLANT

James W. Rudasill, Jr-
ATTORNEY FOR APPELLANT        #31811

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [X]
PAID USDC FEE [ ]
PAID USCA FEE [ ]
Does counsel wish to appear on appeal?        YES [ ]   NO [X]
Has counsel ordered transcripts?              YES [ ]   NO [X]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [X]   NO [ ]

# United States Court of Appeals

### District of Columbia Circuit

## CRIMINAL DOCKETING STATEMENT

(To be completed by appellant)

1. Appellate Case Number:_____ 1a. Criminal Action Number: _10 -cr 150 CKK_
2. Case Name: _U.S. vs. Tyrone HINES_
3. Appellant's Name: _Tyrone HINES_
   3a. Appellant's Defendant No: _1_ 3b. Appellant's Fed. Reg/PDID No. _31168-007_
4. Date of Conviction: _Oct 29, 2010_ 4a. Date of Sentence: _March 29, 2011_
5. Name of District Court Judge: _Colleen Kollar - Kotelly_
6. Date Notice of Appeal Filed: _April 11, 2011_
7. Offense(s) of conviction: _Bank Robbery 1-Ct   Attempted_
   _Bank Robbery  cts. 2-3 -  18 USC  2113(a)_
8. Did appellant plead guilty? ☐ Yes ☒ No
9. What sentence was imposed? _132 months concurrent on each count._
10. How much of the sentence has appellant served? _12 months_
11. Is appellant challenging the conviction? ☒ Yes ☐ No
12. Is appellant challenging the sentence? ☒ Yes ☐ No
13. Has appellant filed a post-conviction motion? ☐ Yes ☒ No
    If yes, what motion, date filed, and disposition:_____
14. Is appellant incarcerated? ☐ Yes ☐ No
    If yes, where: _Northern Black Regional Jail, Worsaw, VA._
    If no, address and phone number:_____
15. Has appellant moved for release pending appeal in District Court? ☐ Yes ☒ No
    If yes, date filed and disposition:_____
    If no, does defendant intend to file such a motion in the District Court? ☐ Yes ☒ No
16. Will appellant file a motion for release pending appeal in court of appeals? ☐ Yes ☒ No
17. Did appellant have court-appointed counsel in District Court? ☒ Yes ☐ No
18. Does counsel appointed in District Court wish to continue on appeal? ☐ Yes ☒ No
19. Did defendant have retained counsel in district court? ☐ Yes ☒ No
    If yes, will case proceed on appeal with retained counsel? ☐ Yes ☐ No
    If no, will appellant seek appointment of counsel on appeal? ☒ Yes ☐ No
    If no, has a motion to proceed in forma pauperis been filed? ☐ Yes ☐ No
20. Has counsel ordered transcripts? ☐ Yes ☒ No
21. If yes, from what proceedings:_____
22. If yes, when will transcripts be completed?_____
23. Did counsel seek expedited preparation of sentencing transcripts? ☐ Yes ☒ No

Signature _James W. Ludwell_ Date _4-11-11_
Name of Party (Print) _Defendant Tyrone F. HINES_
Name of Counsel (Print) _James W. Rudas. II Jr. #31811 S_
Firm Address _717 D ST N.W. Ste 310 - WDC 20004_
Phone _202-783-7908_ Fax No. _202-628-2991_

**Note:** In all appeals of sentences of 8 months or less trial counsel is required to prosecute the appeal of the sentence. If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. An original and one copy of such letter should be submitted. Attach a certificate of service to this form.

[USCADC Form __ (Rev. Jul 2007)]